# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DONNA GIFFORD, | ) | CASE NO. 2:22-CV-4389 |
| | ) | |
| Plaintiff, | ) | JUDGE SARAH D. MORRISON |
| | ) | |
| v. | ) | MAGISTRATE CHELSEY M. VASCURA |
| | ) | |
| NORTHWOOD HEALTHCARE GROUP, LLC, et al., | ) ) | **NOTICE OF APPEARANCE** |
| | ) | |
| Defendants. | ) | |

Shannon Henry and Morena L. Carter hereby enter their appearance as counsel for Defendants Northwood Healthcare Group, LLC and Garden Healthcare Group, LLC in the captioned matter. All notices given or required to be given in this case and papers filed shall be served upon the undersigned.

        Respectfully submitted,

/s/ *Shannon Henry*
JOSEPH N. GROSS (0056241)
SHANNON HENRY (0097969)
MORENA L. CARTER (0088825)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
(216) 363-4500 (Telephone)
(216) 363-4588 (Facsimile)
E-mail:  jgross@beneschlaw.com
         shenry@beneschlaw.com
         mcarter@beneschlaw.com

*Attorneys for Defendants Northwood Healthcare Group, LLC and Garden Healthcare Group, LLC*

**CERTIFICATE OF SERVICE**

The foregoing was filed electronically on the 27th day of February, 2023, in accordance with the Court's Electronic Filing Guidelines.  The Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ *Shannon Henry*
SHANNON HENRY (0097969)
One of the Attorneys for Defendants
