IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DONNA GIFFORD**, on behalf of herself and others similarly situated, | : : : |
| Plaintiff, | : **CASE NO. 2:22-cv-4389** : : **JUDGE SARAH D. MORRISON** |
| v. | : : : **MAGISTRATE JUDGE CHELSEY M.** |
| **NORTHWOOD HEALTHCARE GROUP, LLC**, *et al.*, | : **VASCURA** : : |
| Defendants. | : |

**PLAINTIFF'S MOTION FOR APPROVAL OF REVISED NOTICE, CONSENT TO JOIN, AND DISTRIBUTION PLAN AND ORDER DIRECTING DEFENDANTS TO PRODUCE NAMES AND CONTACT INFORMATION FOR POTENTIAL OPT-IN PLAINTIFFS**

Now comes Named Plaintiff Donna Gifford ("Named Plaintiff"), who respectfully moves the Court for (1) approval of her revised Notice, Consent to Join, and distribution plan; and (2) an Order directing Defendants Northwood Healthcare Group, LLC and Garden Healthcare Group, LLC (collectively "Defendants") to produce names and contact information for the potential opt-in plaintiffs as laid out in the Court's recent Order granting her request to send notice to the potential opt-in plaintiffs. ECF No. 83. Named Plaintiff has made the directed modifications to her proposed Notice and Consent to Join forms (hereinafter "Revised Notice and Consent to Join Forms," attached as **Exhibit A**). Consequently, the Court should grant her Motion.

Further, Named Plaintiff asked Defendants whether they would oppose this Motion and Defendants elected not to respond.

A Memorandum in Support of this Motion is attached.

Respectfully submitted,

**COFFMAN LEGAL, LLC**

<u>*/s/ Matthew J.P. Coffman*</u>
Matthew J.P. Coffman (0085586)
Adam C. Gedling (0085256)
Kelsie N. Hendren (0100041)
Tristan T. Akers (0102298)
1550 Old Henderson Rd.
Suite 126
Columbus, Ohio 43220
Telephone: (614) 949-1181
Facsimile: (614) 386-9964
Email: mcoffman@mcoffmanlegal.com
    agedling@mcoffmanlegal.com
    khendren@mcoffmanlegal.com
    takers@mcoffmanlegal.com

**MEMORANDUM IN SUPPORT**

On August 21, 2023, the Court granted Named Plaintiff's Motion for Court-Authorized Notice to Potential Opt-In Plaintiffs ("Motion for Notice") "to the extent that she has demonstrated a strong likelihood that she is similarly situated to the Potential Plaintiffs." Order Granting Mot. for Notice, ECF No. 83, at PAGEID #: 2227. However, the Court denied approval of Named Plaintiff's "Notice, Consent to Join, and distribution plan," finding that the same "must be resubmitted with certain changes." *Id.* at PAGEID #: 2227, 37 (alterations added). The Court specified the required changes as follows:

1. The notice period would be modified from Named Plaintiff's requested 90-day period to a 45-day period;[1]

2. The Notice and Consent to Join forms must "advise Potential Plaintiffs of their right to proceed with counsel of their choosing";[2] and

3. Although not explicitly specified within the Order, Named Plaintiff must remove any language referencing "conditional certification," which the recent Sixth Circuit decision in *Clark v. A&L Homecare and Training Center, LLC*[3] eradicated as appropriate language to use in the FLSA collective action context.[4]

Named Plaintiff also made minor changes related to spacing and updating the list of opt-in plaintiffs who are currently participating in the case.[5]

The Revised Notice and Consent to Join Forms have made all necessary changes that the Court specified in its Order. Indeed, Named Plaintiff changed any mention of a 90-day notice or

---

[1] Order Granting Mot. for Notice, ECF No. 83, at PAGEID #: 2238.
[2] *Id.*
[3] 68 F.4th 1003 (6th Cir. 2023).
[4] *See* Order Granting Mot. for Notice, ECF No. 83, at PAGEID #: 2232 n.2.
[5] *See* Revised Notice and Consent Forms, Ex. A.

opt-in period to a 45-day period, included brief language referencing an individual's right to counsel of their own choosing should they decide not to retain Named Plaintiff's counsel, and removed the singular instance that the Notice referenced "conditional certification." In other words, the Revised Notice and Consent to Join Forms are now consistent with the Court's Order and should be approved as such.

Additionally, the Court should order Defendants to produce the names and contact information for the potential opt-in plaintiffs so that Named Plaintiff, through a third-party administrator, may distribute the Court-Authorized Notice and allow any interested individuals to have the opportunity to join this lawsuit as an opt-in plaintiff. Named Plaintiff requests that Defendants produce all requested contact information in her Motion for Notice by September 4, 2023, which is consistent with the Court's Order granting the Motion for Notice. Named Plaintiff respectfully requests that she be permitted to distribute notice after the Court determines whether a corrective notice is warranted as set forth in her Motion to Invalidate Arbitration Agreements Entered into During the Pendency of this Lawsuit and Issue a Corrective Notice ("Motion to Invalidate and Issue a Corrective Notice"). *See* ECF Nos. 51, 76, and 82.

### I. CONCLUSION

For the reasons explained above, Named Plaintiff respectfully requests that the Court grant her request for approval of her revised Notice, Consent to Join, and distribution plan because she has made the necessary alterations to her proposed Revised Notice and Consent to Join forms that now comply with the Court's August 21, 2023 Order. Named Plaintiff further requests that the Court order Defendants to produce the requested contact information by September 4, 2023, and that notice be issued after the Court has ruled on Motion to Invalidate and Issue a Corrective Notice.

Respectfully submitted,

**COFFMAN LEGAL, LLC**

*/s/ Matthew J.P. Coffman*
Matthew J.P. Coffman (0085586)
Adam C. Gedling (0085256)
Kelsie N. Hendren (0100041)
Tristan T. Akers (0102298)
1550 Old Henderson Rd.
Suite 126
Columbus, Ohio 43220
Telephone: (614) 949-1181
Facsimile: (614) 386-9964
Email: mcoffman@mcoffmanlegal.com
	agedling@mcoffmanlegal.com
	khendren@mcoffmanlegal.com
	takers@mcoffmanlegal.com

*Attorneys for Named Plaintiff and those similarly situated*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August 2023, a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Matthew J.P. Coffman*
Matthew J.P. Coffman