UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DONNA GIFFORD**, *on behalf of herself and others similarly situated*,  :

        Plaintiff,

   v.

**NORTHWOOD HEALTHCARE GROUP, LLC**, *et al.*,  :

        Defendants.

**Case No. 2:22-cv-4389**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE

Donna Gifford ("Representative Plaintiff"), on behalf of herself and others similarly situated, and Northwood Healthcare Group, LLC and Garden Healthcare Group, LLC have moved this Court to approve the settlement of claims brought in this action, and to approve the terms of their proposed settlement agreement.

Having reviewed the Agreement, the Parties' Joint Motion for Approval of FLSA Collective Action Settlement and Dismissal with Prejudice, and the declaration of Adam C. Gedling, and for good cause established therein, the Court hereby approves the settlement of the claims provided in the Agreement. In so approving, the Court finds that the Agreement is a fair, reasonable, and adequate resolution of a bona fide legal dispute pursuant to § 16(b) of the FLSA.

The Court also approves the requested attorneys' fees, which represent one-third of the total settlement amount, as reasonable. The Court also approves the requested reimbursement of litigation expenses in the amount of $18,318.18 and the

payment to the Settlement Administrator of $6,359.00. The Court further orders that distributions to Plaintiffs, attorneys' fees, and expenses be distributed in the manner, and subject to the terms and conditions, set forth in the Agreement and the Motion to approve.

Representative Plaintiff's claims brought pursuant to Federal Rule of Civil Procedure 23 were not certified by the Court and are dismissed without prejudice.

The Motion (ECF No. 127) is **GRANTED**. The Court retains jurisdiction over the action to enforce the terms of the Settlement, including the administration of the settlement and the distribution process.

**IT IS SO ORDERED**.

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**